United States District Court
Southern District of Texas
FILED

APR 28 2015

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. **M-15-492** |
| | § |
| MARCOS GOMEZ | § |
| JOE JOSE DAMIAN VILLARREAL | § |

5/6/15/lc

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about October 30, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARCOS GOMEZ**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, burglary of habitation, in the 139th Judicial District Court of Hidalgo County, Texas, on August 3, 2009, in case number CR-2326-09-C, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Hi Point Model C .9mm caliber pistol with serial number P061961.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Two

On or about October 30, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOE JOSE DAMIAN VILLARREAL**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, aggravated assault, in the 398th Judicial District Court of Hidalgo County,

Texas, on November 1, 2007, in case number CR-4356-07-I, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Rossi .38 special caliber revolver with serial number W049327.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 22, United States Code, Section 401 and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant(s),

**MARCOS GOMEZ**
**and**
JOE ~~JOSE~~ **DAMIAN VILLARREAL**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1) the firearms and/or ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

a Rossi .38 special caliber revolver with serial number W049327
and
a Hi Point Model C .9mm caliber pistol with serial number P061961.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

Kimberly Ann Leo
ASSISTANT UNITED STATES ATTORNEY